IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES T. LIVSEY                                                                                        PLAINTIFF

v.                                              Case No. 4:10-CV-04187

RON STOVAL, et al                                                                               DEFENDANTS

**O R D E R**

On this 26th day of August 2011, there comes on for consideration the Report and Recommendations (Doc. 21) filed in this case on June 3, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  More than fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Separate Defendants' Motion to Dismiss Separately Named Defendant, Linda Rambo (Doc. 11) is **GRANTED**. Defendant Rambo is dismissed as a party to this case.

IT IS SO ORDERED this 26th day of August 2011.


/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE