IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES T. LIVSEY                                                                                          PLAINTIFF

v.                                         Civil No. 4:10-CV-04187

JAIL ADMINISTRATOR R. STOVAL, et al.                                               DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed March 20th, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 35). Judge Bryant recommends that the above-styled case be dismissed under Red. R. Civ. P. 41(b) due to Plaintiff's failure to prosecute and to obey an order of the Court. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**. The remaining motions (ECF Nos. 29, 30, 31) are **DENIED AS MOOT**.

IT IS SO ORDERED, this 12th day of April, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge